■ In the Matter of the Estate of WOODROW WILSON WAGER, Deceased. PAUL ORSI, as Administrator of the Estate of WOODROW WILSON WAGER, Deceased, Respondent; DAVID W. WAGER et al., Appellants. [844 NYS2d 741]—Appeal from an order of the Surrogate's Court, Niagara County (Peter L. Broderick, Sr., S.), entered July 14, 2006 in a proceeding pursuant to SCPA 2103. The order, among other things, granted judgment in favor of the estate of Woodrow Wilson Wager and against respondents in the amount of $115,000.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Gorski, J.P., Smith, Centra, Lunn and Peradotto, JJ.

■ DAWN WALCZAK, as Parent and Natural Guardian of A.J.W., Respondent, v CORTO BROTHERS, II, INC., Individually and Doing Business as CORTO'S SALON, et al., Defendants and Third-Party Plaintiffs-Respondents. WELLA CORPORATION, Third-Party Defendant-Appellant. [845 NYS2d 210]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered May 24, 2007. The order, insofar as appealed from, denied the motion of third-party defendant for a bifurcated trial.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Lunn and Peradotto, JJ.

■ DAWN WALCZAK, as Parent and Natural Guardian of A.J.W., Plaintiff, v CORTO BROTHERS, II, INC., Individually and Doing Business as CORTO'S SALON, et al., Defendants and Third-Party Plaintiffs-Respondents. WELLA CORPORATION, Third-Party Defendant-Appellant. [845 NYS2d 210]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered December 15, 2006. The order, insofar as appealed from, denied in part third-party defendant's motion for the imposition of spoliation sanctions and for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Lunn and Peradotto, JJ. [See 13 Misc 3d 1241(A), 2006 NY Slip Op 52204(U) (2006).]